**FISCAL COURT, PIKE COUNTY, Kentucky, Appellant,**

v.

**Katherine L. HINTON, Appellee.**

Court of Appeals of Kentucky.

June 14, 1957.

Kelsey E. Friend, Pikeville, for appellant.

V. R. Bentley, Pikeville, for appellee.

PER CURIAM.

A motion for an appeal from a judgment of the Pike Circuit Court, Jean L. Auxier, Judge, for $555 for court reporter's fees for transcripts of evidence made as provided for in KRS 28.460.

We are of opinion the judgment was properly rendered.

The motion for an appeal is overruled and the judgment stands affirmed.